AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA V. Gauri)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY FRANCIS NERO | ) Case No. 21-MJ-330 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANTHONY FRANCIS NERO,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
From on or about January 7, 2021 to on or about January 20, 2021, in the Eastern District of Pennsylvania, defendant ANTHONY FRANCIS NERO, transmitted in interstate commerce a communication containing a threat to injure the person of another, and with the intent to intimidate, used an electronic communication system of interstate commerce, to engage in a course of conduct that placed those persons in reasonable fear of death of and serious bodily injury to them, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to those persons, to wit, sending a threatening communication over the Internet to the Montgomery County Democratic Party ("MCDP") and firing rounds from his firearm into MCDP offices in Norristown, PA, in violation of 18 U.S.C. §§ 875(c) and 2261A(2)(A) & (B).

Date: March 2, 2021

/s/ Elizabeth T. Hey
*Issuing officer's signature*

City and state: Philadelphia, PA

Hon. Elizabeth T. Hey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/2/2021, and the person was arrested on *(date)* 3/3/2021
at *(city and state)* _____

Date: 3/3/2021

Lorelei Schreier   Special Agent
*Arresting officer's signature*
*Printed name and title*